UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| GLORIA LYNN SKILLINGS, | ) |
|     Plaintiff, | ) Civil Action No. 1:23-cv-00217-GZS |
| v. | ) |
| KILOLO KIJAKAZI, | ) |
| Acting Commissioner of Social Security, | ) |
|     Defendant. | ) |

ORDER

Pursuant to the power of this Court to award fees and expenses to a prevailing party other than the United States incurred by that party in a civil action against the United States, including proceedings for judicial review of agency action, under the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(A), and in light of this Court's October 2, 2023 Order and Judgment remanding this case to the defendant Acting Commissioner for further administrative proceedings,

IT IS HEREBY ORDERED that the United States Social Security Administration shall pay attorney's fees in the amount of four thousand eight-hundred eighty-eight dollars ($4,888.00) in full satisfaction of any and all attorney's fee and expenses claims Plaintiff may have in this case under the Equal Access to Justice Act.

Pursuant to the United States Supreme Court's ruling in Astrue v. Ratliff, 560 U.S. 586 (2010), these attorney's fees are payable to Plaintiff as the prevailing party, and are subject to offset through the Treasury Department's Offset Program to satisfy any pre-existing debt Plaintiff may owe to the government.  If, subsequent to the entry of this Order, the Commissioner determines that Plaintiff owes no debt to the government that would subject this

award of attorney's fees to offset, the Commissioner may honor Plaintiff's May 13, 2023 signed assignment of EAJA fees providing for payment of the subject fees to Plaintiff's counsel, rather than to Plaintiff.  If, however, Plaintiff is discovered to owe the government any debt subject to offset, the Commissioner may pay any attorney's fees remaining after such offset to Plaintiff rather than to counsel.

SO ORDERED this 7th day of November, 2023.

/s/ George Z. Singal
U.S. District Judge